IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KRISTINA KING and KEN KING, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:19-CV-338-RP |
| 7-ELEVEN, INC., | § § § | |
| Defendant. | § § | |

### FINAL JUDGMENT

On October 17, 2019, the Court dismissed all claims in this case sua sponte pursuant to Federal Rule of Civil Procedure 41(b). *See Griggs v. S.G.E. Mgmt., L.L.C.*, 905 F.3d 835, 844 (5th Cir. 2018) (citing *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988)) ("Rule 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or comply with a court order."). Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiffs Kristina King and Ken King's claims against Defendant 7-Eleven, Inc. in this action are **DISMISSED**.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on October 17, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE